1         IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF TEXAS

3           FORT WORTH DIVISION

4  UNITED STATES OF AMERICA,   ) CASE NO. 4:16-CR-132-A
                        )
5       Government,      )
                        ) FORT WORTH, TEXAS
6  VERSUS              )
                        ) FEBRUARY 24, 2017
7  JOSHUA JAMES MILSON (27),   )
                        )
8       Defendant.      ) 9:32 A.M.

9

10                VOLUME 1 OF 1
           TRANSCRIPT OF SENTENCING
11      BEFORE THE HONORABLE JOHN McBRYDE
       UNITED STATES DISTRICT COURT JUDGE

12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:    MR. SHAWN SMITH
                      UNITED STATES DEPARTMENT OF JUSTICE
15                      NORTHERN DISTRICT OF TEXAS
                      801 Cherry Street, Suite 1700
16                      Fort Worth, Texas  76102-6882
                      Telephone:  817.252.5200
17

18  FOR THE DEFENDANT:     MR. RONALD G. COUCH
                      5005 Colleyville Blvd., Suite 217
19                      Colleyville, Texas  76034
                      Telephone:  817.514.4918

20  COURT REPORTER:        MS. DEBRA G. SAENZ, CSR, RMR, CRR
                      501 W. 10th Street, Room 424
21                      Fort Worth, Texas  76102
                      Telephone:  817.850.6661
22                      E-Mail: debbie.saenz@yahoo.com

23

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

1                           **I N D E X**

2    **PROCEEDING**                                        **PAGE**

3    Court's Findings...............................   03

4    Statements on Sentencing

5       By Mr. Couch................................   04

6       By Ms. Melanie Arnold.......................   06

7       By the Defendant............................   09

8    Sentence of the Court..........................   10

9    Objection to Sentence..........................   16

10   Reporter's Certificate.........................   17

11   Word Index.....................................   18

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

February 24, 2017 – 9:32 a.m.

1

2

3　　　THE COURT:  Okay.  In this same case, 4:16-CR-132-A,

4　this time it's United States of America versus Joshua James

5　Milson.

6　　　And, of course, Mr. Smith's here for the government,

7　and Mr. Couch is here for Mr. Milson.

8　　　Mr. Milson, state your name for the record.

9　　　THE DEFENDANT:  Joshua James Milson.

10　　　THE COURT:  You appeared before me on October 7,

11　2016, when you entered a plea of guilty to the offense charged

12　by the second superseding indictment in this case, and that is

13　the offense of possession with intent to deliver a controlled

14　substance, and we're here today for sentencing based on the

15　conviction resulting from that plea of guilty.

16　　　Mr. Couch, did you and your client receive in a

17　timely manner the Presentence Report and the addendum to it?

18　　　MR. COUCH:  Yes, Your Honor.

19　　　THE COURT:  And did the two of you read those items

20　and then discuss them with each other?

21　　　MR. COUCH:  We did.

22　　　THE COURT:  Now, there were some objections

23　originally made and they were withdrawn, so there being no

24　objections to the Presentence Report, the Court adopts as the

25　fact findings of the Court the facts set forth in the

1    Presentence Report as modified or supplemented by the

2    addendum, and the Court adopts as the conclusions of the Court

3    the conclusions expressed in the Presentence Report as

4    modified or supplemented by the addendum.

5            The Court concludes that the total offense level is

6    37; that the Criminal History Category is VI; that the

7    imprisonment range, guideline advisory imprisonment range, is

8    360 to 480 months -- actually, I think it calculated out to

9    360 months to life is what it would be if the defendant had

10   been charged with his true offense conduct, but because of the

11   statutory maximum of 40 years on the offense he was charged

12   with, it becomes 360 months to 480 months.

13           The supervised release range is 4 to 5 years, and

14   the fine range is $40,000 to $5 million; and a special

15   assessment of $100 is mandatory.

16           Okay.  You can make whatever statement you would

17   like to make on behalf of your client.

18           *MR. COUCH:*  Thank you, Your Honor.

19           A couple of things I would like to point out, and

20   also mentioned in my sentencing memorandum, this gentleman has

21   a bad, lengthy criminal history, that if you examine it

22   closely it shows that most of the offenses that constituted

23   much of the criminal history were committed when he was

24   17-years-old and a few at 18.  I think I pointed out that

25   the -- it was 7 pages of convictions when he was 17.

```
1              I would like the Court to take that into
2    consideration, especially because this gentleman, as the Court
3    is aware, was present when his father and another man drown in
4    a boating accident when he was 12-years-old.  This has left
5    him with a lifelong memory that he will never recover from,
6    and I think that's effected his conduct and his behavior,
7    especially during his younger years.  He has also been
8    diagnosed as bipolar and a possible diagnosis of
9    Post-Traumatic Stress Disorder because of the drowning.
10             As I also pointed out in the sentencing memorandum,
11   if this gentleman gets the minimum of 360 months, he will be
12   65 years old when he gets out.  I think that is an excessive
13   amount of time considering what he's been through during his
14   life.
15             I would submit that somewhere between 240 and 280
16   months would be adequate to not offend the guidelines and
17   still send a message to the community that this activity can't
18   be tolerated.
19             He would like to address the Court.  His mother is
20   present and his stepfather is present -- can you stand -- and
21   a family friend, and Ms. Arnold would like to address the
22   Court.
23             THE COURT:  Thank y'all for being here.  You can sit
24   back down.
25             MR. COUCH:  Ms. Arnold, his aunt, would like to
```

1    address the Court first, and then Mr. Milson would like to

2    talk.

3           *THE COURT:*  Okay.  If you want to have somebody else

4    come up and make an address, that's fine.

5           Why don't you say what your name is and the city you

6    live in, and then you can make your statement.

7           *MS. MELANIE ARNOLD:*  Melanie Arnold.  I'm from

8    Granbury, Texas.

9           *THE COURT:*  Okay.

10           *MS. MELANIE ARNOLD:*  Your Honor, I'm Josh's aunt.

11    We were real close when he was a kid and -- I don't have

12    anything prepared to say.  I'm just going to go off the cuff

13    here.

14           Josh hasn't had good role models.  When his father

15    died, I was in federal prison myself, and his uncle, who he

16    was really close to, was also in state prison.  And I don't

17    think he ever got any counseling.  I got a lot of counseling

18    in federal prison, and I've gotten out and I've done a really

19    good job, and I tried to impress that on Josh.  And like I

20    said in my character letter, this is not the 39-year-old man

21    sitting here that's committing these crimes.  It's the little

22    boy that saw his father drown.

23           Josh and I talked about it last year because he was

24    losing his kids, and he asked me if I would take custody of

25    his kids.  And I know that CPS would never let me do something

```
 1   like that, I'm a convicted criminal, but I would do it for

 2   Josh.

 3           It's a learned behavior, Your Honor, we know that.

 4   He didn't -- nobody knew what was going to happen with Josh.

 5   I just wish that -- that we had all seen what was coming.  You

 6   know, he -- he was a blond-haired, blue-eyed boy that was

 7   going to the state prison, three or four times.  I don't know

 8   how many times I was in prison myself, like I said.

 9           But what does a blond, blue-eyed boy do?  Where does

10   he get protection?  The people that he won't give up, that's

11   who protected him while he was in.  And like I said in my

12   letter, he's loyal to a fault, and we all are.  I wish that he

13   would have tried to save himself.

14           I didn't try to save myself when I went, when I went

15   to prison.  I stood by that man, and I went down, and I got

16   188 months.  I got the top of my guideline, and he's still in

17   prison.  And I tried to tell Josh, this is not the way to do

18   it.  You need to just plead guilty and testify and take

19   every -- every program they offer you, and I'm hoping that

20   Josh, when he gets there, that he'll be able to do the RDAP

21   program, and that he'll be able to do all the programming that

22   I did.

23           And I can't tell you -- I can't stand up here and

24   argue his case or his sentence or how much you give him, but

25   please consider his rehabilitation because every time he's
```

1    gotten out of state prison, they just set you out on the

2    street.  Every time he just went back out to the street.

3         And my brother, who got arrested in 1982, his uncle,

4    he didn't get it until he got out in 2013.  He went down five

5    times when I was in prison, and it was just like an open door,

6    open door, open door, open, close, they just keep on.  I'm

7    like, let me get out of here and let me show you how to do

8    this, and that's what I did.

9         Well, when my brother come home in 2013, they put

10   him on a GPS monitor, they put him -- he couldn't go out on

11   the front porch without it being down on his paper for his

12   parole officer to see he was going out on the front porch, but

13   he never got that.  They just set him out.

14        And what did he do?  He would do good for a little

15   while.  Well, he couldn't make any money.  He couldn't make a

16   living.  He couldn't support his kids, couldn't support his

17   family, so he would go back to doing what he knew where the

18   money was.

19        We love Josh, and he does have a good, loving

20   family.  And we're all -- we're all cleaned up, and we're all

21   ready to stand beside him, and whatever you do today, Your

22   Honor, it's up to you and God.  Thank you.

23             THE COURT:  Okay.  Well, thank you for coming up

24   here.

25             MR. COUCH:  Mr. Milson would like to address the

1    Court.

2            *THE COURT:*  Have you said all you want to say,

3    Mr. Couch?

4            *MR. COUCH:*  Yes, sir.

5            *THE COURT:*  Okay.  Mr. Milson, you have the right to

6    make any statement or presentation you would like to make on

7    the subject of mitigation, that is, the things you think the

8    Court should take into account in determining what sentence to

9    impose, or on the subject of sentencing more generally, and at

10   this time I'll invite you to do that.

11           *THE DEFENDANT:*  Your Honor, I want to express how

12   sorry I am to my community and to the families that have been

13   involved with this, especially my family and my children.

14   They don't deserve the punishment that they are getting

15   through me being punished for what I've done.

16           As you can see on my paperwork, I did experience a

17   very traumatic thing when I was growing up, when I was 12,

18   watching my father drown trying to save another man, and I've

19   relived that a hundred thousand times every day, and this --

20   drugs and the lifestyles I chose is how I've coped with it.

21           And I've never taken any counseling.  I know it

22   doesn't excuse -- excuse me.  It doesn't excuse my behavior,

23   Your Honor.  I know what I've done -- what I've done was

24   wrong, and I would just like to ask that you take these things

25   into consideration, and please allow me to get some counseling

1    wherever it is that I get sent, and make that available for me

2    and give me a chance to -- I've got three young children.  My

3    son is a year old, my life, it breaks my heart, and he doesn't

4    deserve the punishment that he's getting through me.  Thank

5    you.

6         *THE COURT:*  Okay.  Well, you have a very disturbing

7    history.  I regret that you had that experience with your

8    father, but that doesn't explain the different things that

9    you've done.

10        Most recently, after you were arrested by the

11   sheriff's office over in Somervell County in January of 2015,

12   you called a person by the name of Rose to retrieve from your

13   truck some -- a magnetic box containing methamphetamine that

14   was hidden in your truck, and he did that, and then he used a

15   little bit of it, apparently, for his own purpose.

16        And when you got out of prison, you found him asleep

17   and beat him with a two-pound, ball-peen hammer because you

18   were upset that your methamphetamine was short a few grams.

19   That's -- that can't be explained by what happened to you as a

20   child.

21        And you also told him -- you threatened harm to his

22   family, if he didn't retrieve that magnetic box containing

23   methamphetamine.

24        You have a very violent tendency and that's

25   disturbing, and then your criminal history is about as bad as

1    any I've ever seen.  I've seen a lot of bad criminal histories

2    in defendants in this case, but you've got a terrible one.

3            At age 17, you pleaded guilty to theft, pleaded

4    guilty to burglary of a building -- actually, you've pleaded

5    guilty to several burglary of a building offenses at age 17,

6    it looks like, and you ended up getting a -- and more than one

7    theft conviction at age 17.

8            And then you were sentenced to 10 years

9    imprisonment, but they gave you a special alternative

10   incarceration program, and in 1995 you were placed on 10-year

11   adjudicated shock probation, and then you violated that and

12   that was revoked and you were sent -- given a 9-year sentence

13   in 1996, 9 years of imprisonment.

14           You got out in only 4 years after that, and then you

15   violated your parole.  You were given -- put on parole in

16   2000, and you violated that parole.

17           That's been your history.  You commit a crime, you

18   get a sentence that ends up not being much of a sentence, and

19   then you violate whatever parole has been imposed on you, and

20   then you go back and it's just an ongoing thing.

21           At age 24, I have 10 offenses -- show that you have

22   10 offenses that you pleaded guilty to at age 17.

23           Then at age 24 -- I suppose that's as soon as you

24   got out of prison or shortly thereafter -- you were convicted

25   of a DWI, and then you were convicted of purchasing and

12

```
1    furnishing alcohol to a minor.  That was both at age 24.

2              Then at age 25, you were convicted of theft.  You

3    pleaded guilty and got a light sentence.

4              Age 26, you were convicted of aggravated assault

5    causing bodily injury, and in that case you -- the victim was

6    hit over the head by a beer bottle and you bit a large piece

7    of his ear off, but you didn't get a sentence that amounted to

8    anything.  You got a 9-month sentence.

9              Age 26, again, you were convicted on a plea of

10   guilty of failure to identify.

11             You had two offenses you pleaded guilty to at age

12   27.

13             Now, none of the offenses I've talked about so far,

14   except one of those age 27 offenses, caused you to get any

15   criminal history points, but I'm not sure that made a lot of

16   difference because you maxed out anyway.

17             Then at age 29, you were convicted of theft.

18             At age 30, you were convicted of burglary of a

19   building, and then you also, at that same age, were convicted

20   of failure to identify.

21             At age 32, you were convicted of unauthorized use of

22   a vehicle, theft of copper wire -- three counts of that --

23   evading arrest/detention, all that at age 32.

24             Age 37, driving without a license.  You pleaded

25   guilty to that.
```

1              Age 38, the same thing.

2              And then along the way, you had several offenses

3      that you weren't convicted of, but you admitted you -- you

4      admitted you committed them as pleas in bar.  You had a

5      driving while -- without a valid license at age 28.  You

6      admitted you committed that offense.

7              At age 30, you admitted you committed the offense of

8      possession of marijuana.

9              At age 32, you admitted you committed the offense of

10     possession of marijuana.

11             Again at age 32, you admitted you committed the

12     offense of driving without a license.

13             I don't think a sentence at the top of the guideline

14     range would be inappropriate, but I'm not going to go that

15     high.  However, I am going to impose a sentence of 400 months

16     imprisonment that will run concurrently with any sentence

17     that's imposed in Case Number CR13437 in the 355th District

18     Court of Johnson County, Texas.

19             And I'm also going to impose a term of supervised

20     release of 4 years that will start running once you've

21     completed your sentence of imprisonment, and an obligation to

22     pay a special assessment of $100.  That's payable immediately

23     to the United States of America through the office of the

24     clerk of court here in Fort Worth.

25             I think a sentence of the kind I've described is

1    necessary and appropriate to address all the factors the Court

2    should consider in sentencing under 18 United States Code

3    Section 3553(a).

4               So the Court's ordering and adjudging that the

5    defendant be committed to the custody of the Bureau of Prisons

6    to serve a term of imprisonment of 400 months to run

7    concurrently with the Johnson County -- any sentence he

8    receives in the Johnson County case that I've already

9    mentioned.

10              I'm also ordering that the defendant serve a term of

11   supervised release of 4 years that would start when he's

12   completed his sentence of imprisonment, and the conditions of

13   that supervised release will be the standard conditions that

14   will be set forth in the judgment of conviction and sentence,

15   and the following additional conditions:

16              The defendant shall not commit another federal,

17   state, or local crime.

18              The defendant shall not unlawfully possess a

19   controlled substance.

20              The defendant shall cooperate in the collection of

21   DNA as directed by the probation officer.

22              The defendant shall participate in mental health

23   treatment services as directed by the probation officer until

24   successfully discharged, and those services may include

25   prescribed medications by a licensed physician, and he'll

1    contribute to the cost of those services at the rate of at

2    least $25 a month.

3         He shall refrain from any unlawful use of a

4    controlled substance and shall submit to one drug test within

5    15 days of release from imprisonment and at least two periodic

6    drug tests thereafter, as directed by the probation officer.

7         He shall participate in a program approved by the

8    probation officer for treatment of narcotic or drug or alcohol

9    dependency that will include testing for the detection of

10   substance use, and he shall abstain from the use of alcohol

11   and all other intoxicants during and after completion of that

12   treatment, and he'll contribute to the cost of those services

13   at the rate of at least $25 a month.

14        I'm also ordering him to pay a special assessment of

15   $100.  That's payable immediately to the clerk of court here

16   in Fort Worth.

17        Mr. Milson, you have the right to appeal from the

18   sentence I've imposed, if you're dissatisfied with it.  That

19   appeal would be to the United States Court of Appeals for the

20   Fifth Circuit.

21        You have the right to appeal in forma pauperis, that

22   means without any cost to you, if you qualify for it, and

23   presumably you would.  You have the right to have the clerk of

24   court file a notice of appeal for you, and the clerk will do

25   that forthwith, if you were to specifically request it.

1          You and your attorney have been given a form that

2     outlines certain rights and obligations in reference to an

3     appeal.  If you haven't already done so, I want the two of you

4     to review it and be sure you understand it.

5          *THE DEFENDANT:*  Yes, sir.

6          *THE COURT:*  And once both of you are satisfied you

7     understand it, I want both of you to sign it and return it to

8     the court coordinator.

9          Has that been done, Mr. Couch?

10         *MR. COUCH:*  Yes, sir.

11         *THE COURT:*  Okay.  The defendant's remanded to

12    custody, and you're excused, Mr. Couch.

13         *MR. COUCH:*  Your Honor, before we leave, we would

14    object to the sentence under 18 USC 3553(a) as being

15    unreasonable.  Thank you.

16         *MR. SMITH:*  May I be excused, Your Honor?

17         *THE COURT:*  You're excused.

18         *(End of Proceedings)*

19

20

21

22

23

24

25

17

1                      **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3   foregoing is a true and correct transcript from the record

4   of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6   comply with those prescribed by the Court and the Judicial

7   Conference of the United States.

8          Signed this 31st day of May, 2017.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15   CSR Expires:          12/31/17

16   Business Address:     501 W. 10th Street, Room 424
                           Fort Worth, Texas  76102
17

18   Telephone:            817.850.6661

19   E-Mail Address:       debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**

$100 [3]  4/15 13/22 15/15
$25 [2]  15/2 15/5
$40,000 [1]  4/14
$5 [1]  4/14
$5 million [1]  4/14

**/**

/s [1]  17/10

**0**

03 [1]  2/3
04 [1]  2/5
06 [1]  2/6
09 [1]  2/7

**1**

10 [4]  2/8 11/8 11/21 11/22
10-year [1]  11/10
10th [2]  1/20 17/16
12 [1]  9/17
12-years-old [1]  5/4
12/31/17 [1]  17/15
15 [1]  15/5
16 [1]  2/9
17 [7]  2/10 4/25 11/3 11/5 11/7 11/22
  17/15
17-years-old [1]  4/24
1700 [1]  11/7
18 [4]  2/11 4/24 14/2 16/14
188 [1]  7/16
1982 [1]  8/3
1995 [1]  11/10
1996 [1]  11/13

**2**

2000 [1]  11/16
2013 [2]  8/4 8/9
2015 [1]  10/11
2016 [1]  3/11
2017 [3]  1/6 3/2 17/8
217 [1]  1/18
24 [5]  1/6 3/2 11/21 11/23 12/1
240 [1]  5/15
25 [1]  12/2
26 [2]  12/4 12/9
27 [3]  1/7 12/12 12/14
28 [1]  13/5
280 [1]  5/15
29 [1]  12/17

**3**

30 [2]  12/18 13/7
3158 [1]  17/11
31st [1]  17/8
32 [4]  12/21 12/23 13/9 13/11
3553 [2]  14/3 16/14
355th [1]  13/17
360 [4]  4/8 4/9 4/12 5/11
37 [2]  4/6 12/24
38 [1]  13/1
39-year-old [1]  6/20

**4**

40 [1]  4/11
400 [2]  13/15 14/6
424 [2]  1/20 17/16
480 [2]  4/8 4/12
4:16-CR-132-A [2]  1/4 3/3

**5**

5005 [1]  1/18

**6**

65 [1]  15/2
6882 [1]  1/16

**7**

76034 [1]  1/18
76102 [2]  1/21 17/16
76102-6882 [1]  1/16

**8**

801 [1]  1/15
817.252.5200 [1]  1/16
817.514.4918 [1]  1/19
817.850.6661 [2]  1/21 17/18

**9**

9-month [1]  12/8
9-year [1]  11/12
9:32 [2]  1/8 3/2

**A**

a -- and [1]  11/6
a.m [2]  1/8 3/2
able [2]  7/20 7/21
about [3]  6/23 10/25 12/13
abstain [1]  15/10
accident [1]  5/4
account [1]  9/8
activity [1]  5/17
actually [2]  4/8 11/4
addendum [3]  3/17 4/2 4/4
additional [1]  14/15
address [8]  5/19 5/21 6/1 6/4 8/25 14/1
  17/16 17/19
adequate [1]  5/16
adjudging [1]  14/4
adjudicated [1]  11/11
admitted [6]  13/3 13/4 13/6 13/7 13/9
  13/11
adopts [2]  3/24 4/2
advisory [1]  4/7
after [3]  10/10 11/14 15/11
again [2]  12/9 13/11
age [23]
aggravated [1]  12/4
alcohol [3]  12/1 15/8 15/10
all [10]  7/5 7/12 7/21 8/20 8/20 8/20 9/2
  12/23 14/1 15/11
all -- we're [1]  8/20
allow [1]  9/25
along [1]  13/2
already [2]  14/8 16/3
also [4]  4/20 5/7 5/10 6/16 10/21 12/19
  13/19 14/10 15/14
alternative [1]  11/9
am [2]  9/12 13/15
AMERICA [3]  1/4 3/4 13/23
amount [1]  5/13
amounted [1]  12/7
another [3]  5/3 9/18 14/16
any [10]  6/17 8/15 9/6 9/21 11/1 12/14
  13/16 14/7 15/3 15/22
anything [2]  6/12 12/8
anyway [1]  10/15
apparently [1]  10/15
appeal [5]  15/17 15/19 15/21 15/24 16/3
Appeals [1]  15/19
appeared [1]  3/10
appropriate [1]  14/1
approved [1]  15/7
are [3]  7/12 9/14 16/6

**B**

back [4]  5/24 8/2 8/17 11/20
bad [3]  4/21 10/25 11/1
ball [1]  10/17
ball-peen [1]  10/17
bar [1]  13/4
based [1]  3/14
be [14]  4/9 5/11 5/16 5/18 7/20 7/21
  10/19 13/14 14/5 14/13 14/14 15/19
  16/4 16/16
beat [1]  10/17
because [7]  4/10 5/2 5/9 6/23 7/25
  10/17 12/16
becomes [1]  4/12
been [8]  4/10 5/7 5/13 9/12 11/17 11/19
  16/1 16/9
beer [1]  12/6
before [3]  1/11 3/10 16/13
behalf [1]  4/17
behavior [3]  5/6 7/3 9/22
being [6]  3/23 5/23 8/11 9/15 11/18
  16/14
beside [1]  8/21
between [1]  5/15
bipolar [1]  5/8
bit [2]  10/15 12/6
blond [2]  7/6 7/9
blond-haired [1]  7/6
blue [2]  7/6 7/9
blue-eyed [2]  7/6 7/9
Blvd [1]  1/18
boating [1]  5/4
bodily [1]  12/5
both [3]  12/1 16/6 16/7
bottle [1]  12/6
box [2]  10/13 10/22
boy [3]  6/22 7/6 7/9
breaks [1]  10/3
brother [2]  8/3 8/9
building [3]  11/4 11/5 12/19
building -- actually [1]  11/4
Bureau [1]  14/5
burglary [2]  11/4 11/5 12/18
Business [1]  17/16

**C**

calculated [1]  4/8
called [1]  10/12
can [5]  4/16 5/20 5/23 6/6 9/16
can't [4]  5/17 7/23 7/23 10/9
case [8]  1/4 3/3 3/12 7/24 11/2 12/5
  13/17 14/8
Category [1]  4/6
caused [1]  12/14
causing [1]  12/5
certain [1]  16/2
Certificate [2]  2/10 17/1

argue [1]  7/24
Arnold [4]  2/6 5/21 5/25 6/7
arrest [1]  12/23
arrest/detention [1]  12/23
arrested [2]  8/3 10/10
as [18]
ask [1]  9/24
asked [1]  6/24
asleep [1]  10/16
assault [1]  12/4
assessment [3]  4/15 13/22 15/14
attorney [1]  16/1
aunt [2]  5/25 6/10
available [1]  10/1
aware [1]  5/3

## C

certify [2]  17/2 17/5
chance [1]  16/2
character [1]  6/20
charged [3]  3/11 4/10 4/11
Cherry [1]  1/15
child [1]  10/20
children [2]  9/13 10/2
chose [1]  9/20
Circuit [1]  15/20
city [1]  6/5
cleaned [1]  8/20
clerk [4]  13/24 15/15 15/23 15/24
client [2]  3/16 4/17
close [3]  6/11 6/16 8/6
closely [1]  4/22
Code [1]  14/2
collection [1]  14/20
Colleyville [2]  1/18 1/18
come [2]  6/4 8/9
coming [2]  7/5 8/23
commit [2]  11/17 14/16
committed [7]  4/23 13/4 13/6 13/7 13/9 13/11 14/5
committing [1]  6/21
community [2]  5/17 9/12
completed [2]  13/21 14/12
completion [1]  15/11
comply [1]  17/6
computer [1]  1/25
concludes [1]  4/5
conclusions [2]  4/2 4/3
concurrently [2]  13/16 14/7
conditions [3]  14/12 14/13 14/15
conduct [2]  4/10 5/6
Conference [1]  17/7
consider [2]  7/25 14/2
consideration [2]  5/2 9/25
considering [1]  5/13
constituted [1]  4/22
containing [2]  10/13 10/22
contribute [2]  15/1 15/12
controlled [3]  3/13 14/19 15/4
convicted [11]  7/1 11/24 11/25 12/2 12/4 12/9 12/17 12/18 12/19 12/21 13/3
conviction [3]  3/15 11/7 14/14
convictions [1]  4/25
cooperate [1]  14/20
coordinator [1]  16/8
coped [1]  9/20
copper [1]  12/22
correct [1]  17/3
cost [3]  15/1 15/12 15/22
COUCH [7]  1/17 2/5 3/7 3/16 9/3 16/9 16/12
couldn't [5]  8/10 8/15 8/15 8/16 8/16
counseling [4]  6/17 6/17 9/21 9/25
counts [1]  12/22
County [4]  10/11 13/18 14/7 14/8
County -- any [1]  14/7
couple [1]  4/19
course [1]  3/6
court [25]
Court's [2]  2/3 14/4
CPS [1]  6/25
CR [2]  1/4 3/3
CR13437 [1]  13/17
crime [2]  11/17 14/17
crimes [1]  6/21
criminal [7]  4/6 4/21 4/23 7/1 10/25 11/1 12/15
CRR [3]  1/20 17/2 17/11

## D

CSR [5]  1/20 17/2 17/11 17/11 17/15
cuff [1]  6/12
custody [3]  6/24 14/5 16/12

day [2]  9/19 17/8
days [1]  15/5
debbie.saenz [1]  1/22 17/19
DEBRA [4]  1/20 17/2 17/10 17/11
defendant [10]  1/8 1/17 2/7 4/9 14/5 14/10 14/16 14/18 14/20 14/22
defendant's [1]  16/11
defendants [1]  11/2
deliver [1]  3/13
DEPARTMENT [1]  1/14
dependency [1]  15/9
described [1]  13/25
deserve [2]  9/14 10/4
detection [1]  15/9
detention [1]  12/23
determining [1]  9/8
diagnosed [1]  5/8
diagnosis [1]  5/8
did [8]  3/16 3/19 3/21 7/22 8/8 8/14 9/16 10/14
didn't [5]  7/4 7/14 8/4 10/22 12/7
didn't -- nobody [1]  7/4
died [1]  6/15
difference [1]  12/16
different [1]  10/8
directed [3]  14/21 14/23 15/6
discharged [1]  14/24
discuss [1]  3/20
Disorder [1]  5/9
dissatisfied [1]  15/18
DISTRICT [6]  1/1 1/2 1/11 1/15 13/17 17/12
disturbing [2]  10/6 10/25
DIVISION [2]  1/3 17/13
DNA [1]  14/21
do [12]  6/25 7/1 7/9 7/17 7/20 7/21 8/7 8/14 8/14 8/21 9/10 15/24
does [3]  7/9 7/9 8/19
doesn't [4]  9/22 9/22 10/3 10/8
doing [1]  8/17
don't [6]  6/16 6/16 7/7 9/14 13/13
done [7]  6/18 9/15 9/23 9/23 10/9 16/3 16/9
door [3]  8/5 8/6 8/6
down [4]  5/24 7/15 8/4 8/11
driving [3]  12/24 13/5 13/12
drown [3]  5/3 6/22 9/18
drowning [1]  5/9
drug [3]  15/4 15/6 15/8
drugs [1]  9/20
during [3]  5/7 5/13 15/11
DWI [1]  11/25

## E

E-Mail [2]  1/22 17/19
each [1]  3/20
ear [1]  12/7
effected [1]  5/6
else [1]  6/3
End [1]  16/18
ended [1]  3/11
ends [1]  11/18
entered [1]  3/11
entitled [1]  17/4
especially [3]  5/2 5/7 9/13
evading [1]  12/23
ever [2]  6/17 11/1
every [3]  7/19 7/19 7/25 8/2 9/19

every -- every [1]  7/19
examine [1]  4/21
except [1]  12/14
excessive [1]  5/18
excuse [3]  9/22 9/22 9/22
excuse -- excuse [1]  9/22
excused [3]  16/12 16/16 16/17
experience [2]  9/16 10/7
Expires [1]  17/15
explain [1]  10/8
explained [1]  10/19
express [1]  9/11
expressed [1]  4/3
eyed [2]  7/6 7/9

## F

fact [1]  3/25
factors [1]  14/1
facts [1]  3/25
failure [2]  12/10 12/20
families [1]  9/12
family [5]  5/21 8/17 8/20 9/13 10/22
far [1]  12/13
father [5]  5/3 6/14 6/22 9/18 10/8
fault [1]  7/12
FEBRUARY [2]  1/6 3/2
federal [3]  6/15 6/18 14/16
fees [1]  17/5
few [2]  4/24 10/18
Fifth [1]  15/20
file [1]  15/24
findings [2]  2/3 3/25
fine [2]  4/14 6/4
first [1]  6/1
five [1]  8/4
following [1]  14/15
foregoing [2]  17/3 17/4
form [1]  16/1
forma [1]  15/21
format [1]  17/5
FORT [8]  1/3 1/5 1/16 1/21 13/24 15/16 17/13 17/16
forth [2]  3/25 14/14
forthwith [1]  15/25
found [1]  10/16
four [1]  7/7
friend [1]  5/21
front [2]  8/11 8/12
furnishing [1]  12/1
further [1]  17/5

## G

gave [1]  11/9
generally [1]  9/9
gentleman [3]  4/20 5/2 5/11
get [8]  7/10 8/4 8/7 9/25 10/1 11/18 12/7 12/14
gets [3]  5/11 5/12 7/20
getting [3]  9/14 10/4 11/6
give [3]  7/10 7/24 10/2
given [3]  11/12 11/15 16/1
go [5]  6/12 8/10 8/17 11/20 13/14
God [1]  8/22
going [6]  6/12 7/4 7/7 8/12 13/14 13/15 13/19
good [4]  6/14 6/19 8/14 8/19
got [14]  6/17 6/17 7/15 7/16 8/3 8/4 8/13 10/2 10/16 11/2 11/14 11/24 12/3 12/8
gotten [2]  6/18 8/1
government [3]  1/5 1/14 3/6
GPS [1]  8/10
grams [1]  10/18

## G

Granbury [1]  6/8
growing [1]  9/17
guideline [3]  4/7 7/16 13/13
guidelines [1]  5/16
guilty [11]  3/11 3/15 7/18 11/3 11/4 11/5
11/22 12/3 12/10 12/11 12/25

## H

had [7]  4/9 6/14 7/5 10/7 12/11 13/2
13/4
haired [1]  7/6
hammer [1]  10/17
happen [1]  7/4
happened [1]  10/19
harm [1]  10/21
has [5]  4/20 5/4 5/7 11/19 16/9
hasn't [1]  6/14
have [16]  6/3 6/11 7/13 8/19 9/2 9/5
9/12 10/6 10/24 11/21 11/21 15/17
15/21 15/23 15/23 16/1
haven't [1]  16/3
he [45]
he -- he [1]  7/6
he'll [4]  7/20 7/21 14/25 15/12
he's [6]  5/13 7/12 7/16 7/25 10/4 14/11
head [1]  12/6
health [1]  14/22
heart [1]  10/3
here [11]  3/6 3/7 3/14 5/23 6/13 6/21
7/23 8/7 8/24 13/24 15/15
hidden [1]  10/14
high [1]  13/15
him [11]  5/5 7/11 7/24 8/10 8/10 8/13
8/21 10/16 10/17 10/21 15/14
him -- he [1]  8/10
himself [1]  7/13
his [26]
histories [1]  11/1
history [7]  4/6 4/21 4/23 10/7 10/25
11/17 12/15
hit [1]  12/6
home [1]  8/9
Honor [9]  3/18 4/18 6/10 7/3 8/22 9/11
9/23 16/13 16/16
HONORABLE [1]  1/11
hoping [1]  7/1
how [5]  7/8 7/24 8/7 9/11 9/20
However [1]  13/15
hundred [1]  9/19

## I

I'll [1]  9/10
I'm [11]  6/7 6/10 6/12 7/1 7/19 8/6 12/15
13/14 13/19 14/10 15/14
I've [15]  6/18 6/18 9/15 9/18 9/21
9/23 9/23 10/2 11/1 11/1 12/13 13/25
14/8 15/18
identify [2]  12/10 12/20
immediately [2]  13/22 15/15
impose [3]  9/9 13/15 13/19
imposed [3]  11/19 13/17 15/18
impress [1]  6/19
imprisonment [9]  4/7 4/7 11/9 11/13
13/16 13/21 14/6 14/12 15/5
inappropriate [1]  13/14
incarceration [1]  11/10
include [2]  14/24 15/9
Index [1]  2/11
indictment [1]  3/12
injury [1]  12/5
intent [1]  3/13

## intoxicants [1]  15/11

invite [1]  9/10
involved [1]  9/13
is [25]
it [28]
it's [5]  3/4 6/21 7/3 8/22 11/20
items [1]  3/19

## J

JAMES [3]  1/7 3/4 3/9
January [1]  10/11
January of [1]  10/11
job [1]  6/19
JOHN [1]  1/11
Johnson [3]  13/18 14/7 14/8
Josh [8]  6/14 6/19 6/23 7/2 7/4 7/17
7/20 8/19
Josh's [1]  6/10
JOSHUA [3]  1/7 3/4 3/9
JUDGE [1]  1/11
judgment [1]  14/14
Judicial [1]  17/6
just [10]  6/12 7/5 7/18 8/1 8/2 8/5 8/6
8/13 9/24 11/20
JUSTICE [1]  1/14

## K

keep [1]  8/6
kid [1]  6/11
kids [3]  6/24 6/25 8/16
kind [1]  13/25
knew [2]  7/4 8/17
know [6]  6/25 7/3 7/6 7/7 9/21 9/23

## L

large [1]  12/6
last [1]  6/12
learned [1]  7/3
least [3]  15/2 15/5 15/13
leave [1]  16/13
left [1]  5/4
lengthy [1]  4/21
let [3]  6/25 8/7 8/7
letter [2]  6/20 7/12
level [1]  4/5
license [3]  12/24 13/5 13/12
licensed [1]  14/25
life [3]  4/9 5/14 10/3
lifelong [1]  5/5
lifestyles [1]  9/20
light [1]  12/3
like [17]  4/17 4/19 5/1 5/19 5/21 5/25
6/1 6/19 7/1 7/8 7/11 8/5 8/7 8/25 9/6
9/24 11/6
little [3]  6/21 8/14 10/15
live [1]  6/6
living [1]  6/6
local [1]  14/17
looks [1]  11/6
losing [1]  6/24
lot [3]  6/17 11/1 12/15
love [1]  8/19
loving [1]  8/19
loyal [1]  7/12

## M

made [2]  3/23 12/15
magnetic [2]  10/13 10/22
Mail [2]  1/22 17/19
make [9]  4/16 4/17 6/4 6/6 8/15 8/15 9/6
9/6 10/1
man [4]  5/3 6/20 7/15 9/18
mandatory [1]  4/15

## manner [1]  3/17

many [1]  7/8
marijuana [2]  13/8 13/10
matter [1]  17/7
maxed [1]  12/16
maximum [1]  4/11
may [3]  14/24 16/16 17/8
McBRYDE [1]  1/11
me [11]  3/10 6/24 6/25 8/7 8/7 9/15
9/22 9/25 10/1 10/2 10/4
means [1]  15/22
mechanical [1]  1/24
medications [1]  14/25
Melanie [2]  2/6 6/7
memorandum [2]  4/20 5/10
memory [1]  5/5
mental [1]  14/22
mentioned [2]  4/20 14/9
message [1]  5/17
methamphetamine [3]  10/13 10/18
10/23
million [1]  4/14
MILSON [9]  1/7 3/5 3/7 3/8 3/9 6/1 8/25
15/15 17/17
minimum [1]  5/11
minor [1]  12/1
mitigation [1]  9/7
models [1]  6/14
modified [2]  4/1 4/4
money [2]  8/15 8/18
monitor [1]  8/10
month [3]  12/8 15/2 15/13
months [9]  4/8 4/9 4/12 4/12 5/11 5/16
7/16 13/15 14/6
months -- actually [1]  4/8
more [2]  9/9 11/6
most [2]  4/22 10/10
mother [1]  5/19
MR [3]  1/14 1/17 2/5
Mr. [12]  3/6 3/7 3/7 3/8 3/16 6/1 8/25
9/3 9/5 15/17 16/9 16/12
Mr. Couch [5]  3/7 3/16 9/3 16/9 16/12
Mr. Milson [6]  3/7 3/8 6/1 8/25 9/5 15/17
Mr. Smith's [1]  3/6
MS [2]  1/20 2/6
Ms. [2]  5/21 5/25
Ms. Arnold [2]  5/21 5/25
much [3]  4/23 7/24 11/18
my [15]  4/20 6/20 7/11 7/16 8/3 8/9 9/12
9/13 9/13 9/16 9/18 9/22 10/2 10/3 10/3
myself [3]  6/15 7/8 7/14

## N

name [3]  3/8 6/5 10/12
narcotic [1]  15/8
necessary [1]  14/1
need [1]  7/18
never [4]  5/5 6/25 8/13 9/21
no [3]  1/4 3/23 17/11
nobody [1]  7/4
none [1]  12/13
NORTHERN [3]  1/2 1/15 17/12
not [8]  5/16 6/20 7/17 11/18 12/15
13/14 14/16 14/18
notice [1]  15/24
Now [2]  3/22 12/13
Number [1]  13/17

## O

object [1]  16/14
Objection [1]  2/9
objections [2]  3/22 3/24
obligation [1]  13/21

**O**

obligations [1]  16/2
October 7 [1]  3/10
off [2]  6/12 12/7
offend [1]  5/16
offense [9]  3/13 4/3 4/5 4/10 4/11 13/6
 13/7 13/9 13/12
offenses [8]  4/22 11/5 11/21 11/22
 12/11 12/13 12/14 13/2
offenses -- show [1]  11/21
offer [1]  7/19
office [2]  10/11 13/23
officer [5]  8/12 14/21 14/23 15/6 15/8
Official [1]  17/12
Okay [8]  3/3 4/16 6/3 6/9 8/23 9/5 10/6
 16/11
old [5]  4/24 5/4 5/12 6/20 10/3
once [2]  13/20 16/6
one [4]  11/2 11/6 12/14 15/4
ongoing [1]  11/20
only [1]  11/14
open [4]  8/5 8/6 8/6 8/6
ordering [3]  14/4 14/10 15/14
originally [1]  3/23
other [2]  3/20 15/11
out [18]
outlines [1]  16/2
over [2]  10/11 12/6
own [1]  10/15

**P**

PAGE [1]  2/2
pages [1]  4/25
paper [1]  8/11
paperwork [1]  9/16
parole [5]  8/12 11/15 11/15 11/16 11/19
participate [2]  14/22 15/7
pauperis [1]  15/21
pay [2]  13/22 15/14
payable [2]  13/22 15/15
peen [1]  10/17
people [1]  7/10
periodic [1]  15/5
person [1]  10/12
physician [1]  14/25
piece [1]  12/6
placed [1]  11/10
plea [3]  3/11 3/15 12/9
plead [1]  7/18
pleaded [7]  11/3 11/3 11/4 11/22 12/3
 12/11 12/24
pleas [1]  13/4
please [2]  7/25 9/25
point [1]  4/19
pointed [2]  4/24 5/10
points [1]  12/15
porch [2]  8/11 8/12
possess [1]  14/18
possession [3]  3/13 13/8 13/10
possible [1]  5/8
Post [1]  5/9
Post-Traumatic [1]  5/9
pound [1]  10/17
prepared [1]  6/12
prescribed [2]  14/25 17/6
present [3]  5/3 5/20 5/20
presentation [1]  9/6
Presentence [4]  3/17 3/24 4/1 4/3
presumably [1]  15/23
prison [11]  6/15 6/16 6/18 7/7 7/8 7/15
 7/17 8/1 8/5 10/16 11/24

Prisons [1]  14/5
probation [5]  11/11 14/21 14/23 15/6
 15/8
PROCEEDINGS [1]  2/2
proceedings [3]  1/24 16/18 17/4
produced [1]  16/4
program [4]  7/19 7/21 11/10 15/7
programming [1]  7/21
protected [1]  7/11
protection [1]  7/10
punished [1]  9/15
punishment [2]  9/14 10/4
purchasing [1]  11/25
purpose [1]  10/15
put [3]  8/9 8/10 11/15

**Q**

qualify [1]  15/22

**R**

range [5]  4/7 4/7 4/13 4/14 13/14
rate [2]  15/1 15/13
RDAP [1]  7/20
read [1]  3/19
ready [1]  8/21
real [1]  6/11
really [2]  6/16 6/18
receive [1]  3/16
receives [1]  14/8
recently [1]  10/10
record [2]  3/8 17/3
recover [1]  5/5
reference [1]  16/2
refrain [1]  15/3
regret [1]  10/7
rehabilitation [1]  7/25
release [5]  4/13 13/20 14/11 14/13 15/5
relived [1]  9/19
remanded [1]  16/11
Report [4]  3/17 3/24 4/1 4/3
reported [1]  1/24
REPORTER [1]  1/20 17/12
Reporter's [2]  2/10 17/1
request [1]  15/25
resulting [1]  3/15
retrieve [2]  10/22 10/22
return [1]  16/7
review [1]  16/4
revoked [1]  11/12
right [4]  9/5 15/17 15/21 15/23
rights [1]  16/2
RMR [3]  1/20 17/2 17/11
role [1]  1/24
RONALD [1]  1/17
Room [2]  1/20 17/16
Rose [1]  10/12
run [2]  13/16 14/6
running [1]  13/20

**S**

SAENZ [4]  1/20 17/2 17/10 17/11
said [4]  6/20 7/8 7/11 9/2
same [3]  3/3 12/19 13/1
satisfied [1]  16/6
save [3]  7/13 7/14 9/18
saw [1]  6/22
say [3]  6/5 6/12 9/2
second [1]  3/12
Section [1]  14/3
see [2]  8/12 9/16
seen [3]  7/5 11/1 11/1
send [1]  5/17
sent [2]  10/1 11/12

sent -- given [1]  11/12
sentence [20]
sentencing [7]  1/6 4/3 11/4 11/20 15/10
 9/9 14/2
serve [2]  14/6 14/10
services [4]  14/23 14/24 15/1 15/12
set [4]  3/25 8/1 8/13 14/14
several [2]  11/5 13/2
shall [8]  14/16 14/18 14/20 14/22 15/3
 15/4 15/7 15/10
SHAWN [1]  1/14
sheriff's [1]  10/11
shock [1]  11/11
short [1]  10/18
shortly [1]  11/24
should [2]  9/8 14/2
show [2]  8/7 11/21
shows [1]  4/22
sign [1]  16/7
Signed [1]  17/8
sir [3]  9/4 16/5 16/10
sit [1]  5/23
sitting [1]  6/21
SMITH [1]  1/14
Smith's [1]  3/6
so [5]  3/23 8/17 12/13 14/4 16/3
some [3]  3/22 9/25 10/13
some -- a [1]  10/13
somebody [1]  6/3
Somervell [1]  10/11
something [1]  6/25
somewhere [1]  5/15
son [1]  10/3
soon [1]  11/23
sorry [1]  9/12
special [4]  4/13 14/11 14/9 13/22 15/14
specifically [1]  15/25
stand [3]  5/20 7/23 8/21
standard [1]  14/13
start [2]  13/20 14/11
state [5]  3/8 6/16 7/7 8/1 14/17
statement [3]  4/16 6/6 9/6
Statements [1]  2/4
STATES [9]  1/1 1/4 1/11 1/14 3/4 13/23
 14/2 15/19 17/7
statutory [1]  4/11
stenography [1]  1/24
stepfather [1]  5/20
still [2]  5/17 7/16
stood [1]  7/15
street [5]  1/15 1/20 8/2 8/2 17/16
Stress [1]  5/9
subject [2]  9/7 9/9
submit [2]  5/15 15/4
substance [4]  3/14 14/19 15/4 15/10
successfully [1]  14/24
Suite [2]  1/15 1/18
superseding [1]  3/12
supervised [4]  4/13 13/19 14/11 14/13
supplemented [2]  4/1 4/4
support [2]  8/16 8/16
suppose [1]  11/23
sure [2]  12/15 16/4

**T**

take [5]  5/1 6/24 7/18 9/8 9/24
taken [1]  9/21
talk [1]  6/2
talked [2]  6/23 12/13
Telephone [4]  1/16 1/19 1/21 17/18
tell [2]  7/17 7/23
tendency [1]  10/24

**T**

term [3]  13/19 14/6 14/10
terrible [1]  11/2
test [1]  15/4
testify [1]  7/18
testing [1]  15/9
tests [1]  15/6
TEXAS [11]  1/2 1/5 1/15 1/16 1/18 1/21
 6/8 13/18 17/11 17/12 17/16
than [1]  11/6
thank [6]  4/18 5/23 8/22 8/23 10/4 16/15
that [83]
that -- that [1]  7/5
that's [12]  5/6 6/4 6/21 7/10 8/8 10/19
 10/24 11/17 11/23 13/17 13/22 15/15
That's -- that [1]  10/19
the -- it [1]  4/25
theft [5]  11/3 11/7 12/2 12/17 12/22
them [2]  3/20 13/4
then [16]  3/20 6/1 6/6 10/14 10/25 11/8
 11/11 11/14 11/19 11/20 11/23 11/25
 12/2 12/17 12/19 13/2
there [3]  3/22 3/23 7/20
thereafter [2]  11/24 15/6
these [2]  6/21 9/24
they [10]  3/23 7/19 8/1 8/6 8/9 8/10 8/13
 9/14 9/14 11/9
thing [3]  9/17 11/20 13/1
things [4]  4/19 9/7 9/24 10/8
think [8]  4/8 4/24 5/6 5/12 6/17 9/7
 13/13 13/25
this [16]  3/3 3/4 3/12 4/20 5/2 5/4 5/11
 5/17 6/20 7/17 8/8 9/10 9/13 9/19 11/2
 17/8
those [6]  3/19 12/14 14/24 15/1 15/12
 17/6
thousand [1]  9/19
threatened [1]  10/21
three [3]  7/7 10/2 12/22
through [4]  5/13 9/15 10/4 13/23
time [5]  3/4 5/13 7/25 8/2 9/10
timely [1]  3/17
times [4]  7/7 7/8 8/5 9/19
to -- I've [1]  10/2
today [2]  3/14 8/21
told [1]  10/21
tolerated [1]  5/18
top [2]  7/16 13/13
total [1]  4/5
transcript [4]  1/10 1/24 17/3 17/5
traumatic [2]  5/9 9/17
treatment [3]  14/23 15/8 15/12
tried [3]  6/19 7/13 7/17
truck [2]  10/13 10/14
true [2]  4/10 17/3
try [1]  7/14
trying [1]  9/18
two [5]  3/19 10/17 12/11 15/5 16/3
two-pound [1]  10/17

**U**

unauthorized [1]  12/21
uncle [2]  6/15 8/3
under [2]  14/2 16/14
understand [2]  16/4 16/7
UNITED [9]  1/1 1/4 1/11 1/14 3/4 13/23
 14/2 15/19 17/7
unlawful [1]  15/3
unlawfully [1]  14/18
unreasonable [1]  16/15
until [2]  8/4 14/23
up [9]  6/4 7/10 7/23 8/20 8/22 8/23 9/17
 11/6 11/18
upset [1]  10/18
USC [1]  16/14
use [4]  12/2 14/7 15/3 15/18 15/10
used [1]  10/14

**V**

valid [1]  13/5
vehicle [1]  12/22
versus [2]  1/6 3/4
very [3]  9/17 10/6 10/24
VI [1]  4/6
victim [1]  12/5
violate [1]  11/19
violated [3]  11/11 11/15 11/16
violent [1]  10/24
VOLUME [1]  1/10

**W**

want [5]  6/3 9/2 9/11 16/3 16/7
was [29]
watching [1]  9/18
way [2]  7/17 13/2
we [8]  3/21 6/11 7/3 7/5 7/12 8/19 16/13
 16/13
we're [4]  3/14 8/20 8/20 8/20
Well [4]  8/9 8/15 8/23 10/6
went [5]  7/14 7/14 7/15 8/2 8/4
were [20]
weren't [1]  13/3
what [14]  4/9 5/13 6/5 7/4 7/5 7/9 8/8
 8/14 8/17 9/8 9/15 9/23 9/23 10/19
whatever [3]  4/16 8/21 11/19
when [17]  3/11 4/23 4/25 5/3 5/4 5/12
 6/11 6/14 7/14 7/14 7/20 8/5 8/9 9/17
 9/17 10/16 14/11
where [2]  7/9 8/17
wherever [1]  10/1
while [3]  7/11 8/15 13/5
while -- without [1]  13/5
who [3]  6/15 7/11 8/3
Why [1]  6/5
will [8]  5/5 5/11 13/16 13/20 14/13
 14/14 15/9 15/24
wire [1]  12/22
wish [2]  7/5 7/12
withdrawn [1]  3/23
within [1]  15/4
without [5]  8/11 12/24 13/5 13/12 15/22
won't [1]  7/10
Word [1]  2/11
WORTH [8]  1/3 1/5 1/16 1/21 13/24
 15/16 17/13 17/16
would [24]
wrong [1]  9/24

**Y**

y'all [1]  5/23
yahoo.com [2]  1/22 17/19
year [5]  6/20 6/23 10/3 11/10 11/12
years [11]  4/11 4/13 4/24 5/4 5/7 5/12
 11/8 11/13 11/14 13/20 14/11
Yes [4]  3/18 9/4 16/5 16/10
you [114]
you -- I [1]  7/23
you -- the [1]  12/5
you -- you [1]  13/3
you're [3]  15/18 16/12 16/17
you've [4]  10/9 11/2 11/4 13/20
young [1]  10/2
younger [1]  5/7
your [23]